UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION CR14-369 MJD |
| Plaintiff, ) | (18 U.S.C. § 2339B(a)(1)) |
| v. ) | **FILED UNDER SEAL** |
| AMINA MOHAMUD ESSE, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Provide Material Support to
a Designated Foreign Terrorist Organization)

Beginning on or about January 1, 2011, and continuing until on or about July 1, 2012, within the State and District of Minnesota, and elsewhere, the defendant,

**AMINA MOHAMUD ESSE,**

did unlawfully and knowingly conspire and agree with others, known and unknown to the grand jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including property, services and personnel, and financial support, to a foreign terrorist organization, namely, *al-Shabaab*, which the Secretary of State has designated as a foreign terrorist organization since on or about February 26, 2008, knowing that the organization was a designated foreign terrorist organization, and knowing that *al-Shabaab* has engaged, and engages, in terrorist activity

1


SCANNED
NOV 14 2014
U.S. DISTRICT COURT MPLS

and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

Dated: 14 NOV 14

ANDREW M. LUGER
United States Attorney

BY: CHARLES J. KOVATS, JR.
Assistant United States Attorney

BY: JOSH P. PARECKI
Trial Attorney
U.S. Department of Justice