UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-369 (MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| AMINA MOHAMUD ESSE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's motion to modify the terms of her probation to permit her to possess a computer or internet ready device and to allow her to access the internet without prior approval of the U.S. Probation and Pretrial Services Office. The government has no objection to defendant's motion.

Accordingly, **IT IS HEREBY ORDERED** that the terms of defendant's probation be modified to permit her to possess a computer or internet ready device, and to allow her to access the internet without prior approval of the U.S. Probation and Pretrial Services Office.

Dated: November 19, 2020

s/ Michael J. Davis
Michael J. Davis
United States District Court